121   595
e135   180

McDONALD v. BORN.

EQUITY PRACTICE—DENIAL OF REHEARING—APPEAL.

 The Supreme Court will not consider an appeal from an order denying a rehearing in a chancery case, where the application was based on appellant's inability, through adverse circumstances, to be present and testify at the hearing, and the testimony at the hearing is not returned.

Appeal from Houghton; Haire, J., presiding. Submitted October 6, 1899. Decided October 24, 1899.

Bill by Frankie McDonald against Louis Born for the specific performance of a land contract. There was a decree for defendant, and complainant petitioned for a rehearing. From an order denying the petition she appeals. Dismissed.

*R. Skiff Shelden*, for petitioner.

*J. F. Hambitzer*, for defendant.

PER CURIAM. This is an appeal from an order denying a rehearing. The application was based upon a showing that the complainant was prevented by adverse circumstances from being present to testify upon the hearing in open court. As the testimony before the court upon the hearing is not before us, we cannot pass upon the question. The appeal is dismissed, with costs.